In the Matter of the Will of MICHAEL WINBURN, Deceased. MAURICE WINEBURGH et al., Appellants; MARIE WINBURN et al., Respondents.

(Submitted January 2, 1935; decided January 8, 1935.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 366.)